STEPHEN C. SETO (SBN 175458) (sseto@sbllp.com)
BRUCE A. McINTOSH (SBN 175607) (bmcintosh@sbllp.com)
**SHAPIRO BUCHMAN PROVINE**
**BROTHERS SMITH LLP**
1333 N. California Blvd., Suite 350
Walnut Creek, CA  94596
Telephone:     (925) 944-9700
Facsimile:       (925) 944-9701

Attorneys for Plaintiff
PAUL M. HOWARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PAUL M. HOWARD,<br><br>         Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION aka Freddie Mac, U.S. BANK, N.A., as Trustee for TruCap Grantor Trust 2010-2, and ASSURED LENDER SERVICES, INC.<br><br>         Defendants. | No. 1:11-CV-01053-AWI-GSA<br><br>**STIPULATION TO CONTINUE HEARING ON OSC WHY PRELIMINARY INJUNCTIVE RELIEF SHOULD NOT BE GRANTED; ORDER**<br><br>Date:   July 11, 2011<br>Time:   1:30 p.m.<br>Ctrm:   Two |

**WHEREAS** on June 24, 2011, the Court issued a temporary restraining order ("TRO") enjoining U.S. BANK, N.A., as Trustee for TruCap Grantor Trust 2010-2, and ASSURED LENDER SERVICES, INC. (collectively, "Defendants") from foreclosing on the property located at 2108 Palisade Avenue, Unit 4, Modesto, CA (the "Property") until further Order of the Court.

**WHEREAS** also on June 24, 2011, the Court ordered ("OSC") that Defendants appear on July 11 to show cause why a Preliminary Injunction should not be granted, restraining and enjoining Defendants and all persons and entities acting by or through them from proceeding with

241987.1
20427-017

STIPULATION TO CONTINUE
HEARING ON OSC; ORDER
1:11-CV-01053-AWI-GSA

a Trustee Sale on the Property.

**WHEREAS** defendant U.S. Bank will be tendering a defense of this matter to its title insurance carrier.

**WHEREAS** Plaintiff has served the Complaint on defendant Freddie Mac.

**WHEREAS** the parties agree that the Court OSC hearing should be continued for 45 days to (1) allow Freddie Mac and potential new counsel for Defendants to appear in the case and (2) allow the parties to further investigate the facts surrounding the underlying transactions.

**NOW THEREFORE,** the parties hereby stipulate and agree and respectfully request that the Court:

1. Continue the hearing on the Court's Order To Cause Why Preliminary Injunctive Relief Should Not Be Granted to August 29, 2011;

2. Keep in force the TRO restraining Defendants and anyone acting through them from proceeding with a trustee sale of the Property until further Order of the Court.

**SO STIPULATED.**

Dated:  July 7, 2011     **SHAPIRO BUCHMAN PROVINE BROTHERS SMITH LLP**

/s/ Stephen C. Seto
STEPHEN C. SETO Attorneys for Plaintiff PAUL M. HOWARD

Dated:  July 8, 2011     **ATTLESEY STORM, LLP**

/s/ Diane V. Weifenbach
DIANE V. WEIFENBACH Attorneys for Defendants U.S. Bank, N.A., as Trustee for TruCap Grantor Trust 2010-2

### ORDER

Based on the foregoing stipulation, and GOOD CAUSE APPEARING THEREFORE:

1. The hearing on the Court's Order To Cause Why Preliminary Injunctive Relief Should Not Be Granted is continued to August 29, 2011 at 1:30 p.m., in Courtroom 2.

SHAPIRO BUCHMAN
PROVINE BROTHERS
SMITH LLP
ATTORNEYS AT LAW
WALNUT CREEK

241987.1
20427-017

-2-

STIPULATION TO CONTINUE HEARING ON OSC; ORDER
1:11-CV-01053-AWI-GSA

2. The TRO restraining Defendants and anyone acting through them from proceeding with a trustee sale of the Property remains in full force and effect until further Order of the Court.

IT IS SO ORDERED.

Dated:   July 8, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

SHAPIRO BUCHMAN
PROVINE BROTHERS
SMITH LLP
ATTORNEYS AT LAW
WALNUT CREEK

241987.1
20427-017

-3-

STIPULATION TO CONTINUE
HEARING ON OSC; ORDER
1:11-CV-01053-AWI-GSA