1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| PAUL M. HOWARD,<br><br>          Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION aka Freddie Mac, U.S. BANK, N.A., as Trustee for TruCap Grantor Trust 2010-2, and ASSURED LENDER SERVICES, INC.,<br><br>          Defendants. | CASE NO.  1:11-CV-1053 AWI GSA<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME FOR DEFENDANT U.S. BANK, N.A., AS TRUSTEE FOR TRUCAP GRANTOR TRUST 2010-2 TO RESPOND TO VERIFIED COMPLAINT**<br><br>Complaint Filed: June 24, 2011<br><br>Complaint Served: July 6, 2011<br><br>Original Response Date: August 5, 2011<br><br>New Response Date: August 19, 2011 |

      The Court has reviewed the Stipulation Extending Time for Defendant U.S. BANK N.A., as Trustee for TruCap Grantor Trust 2010-2 to Respond to the Verified Complaint and the Court grants the parties' request.

      IT IS ORDERED that defendant U.S. BANK N.A., AS TRUSTEE FOR TRUCAP GRANTOR TRUST 2010-2 shall have up to and including August 19,

1  2011 to respond to the verified complaint.

IT IS SO ORDERED.

Dated:   August 10, 2011                    /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE