STEPHEN C. SETO (SBN 175458) (sseto@sbllp.com)
BRUCE A. McINTOSH (SBN 175607) (bmcintosh@sbllp.com)
**SHAPIRO BUCHMAN PROVINE
BROTHERS SMITH LLP**
1333 N. California Blvd., Suite 350
Walnut Creek, CA  94596
Telephone:     (925) 944-9700
Facsimile:      (925) 944-9701

Attorneys for Plaintiff
PAUL M. HOWARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PAUL M. HOWARD,<br><br>            Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION aka Freddie Mac, U.S. BANK, N.A., as Trustee for TruCap Grantor Trust 2010-2, and ASSURED LENDER SERVICES, INC.<br><br>            Defendants. | No. 1:11-CV-01053-AWI-GSA<br><br>**STIPULATION TO CONTINUE HEARING ON OSC WHY PRELIMINARY INJUNCTIVE RELIEF SHOULD NOT BE GRANTED; ORDER**<br><br>Date:  August 29, 2011<br>Time:  1:30 p.m.<br>Ctrm:  Two |

**WHEREAS** on June 24, 2011, the Court issued a temporary restraining order ("TRO") enjoining U.S. BANK, N.A., as Trustee for TruCap Grantor Trust 2010-2, ("Defendant") from foreclosing on the property located at 2108 Palisade Avenue, Unit 4, Modesto, CA (the "Property") until further Order of the Court.

**WHEREAS** also on June 24, 2011, the Court ordered ("OSC") that Defendant appear on July 11 to show cause why a Preliminary Injunction should not be granted, restraining and enjoining Defendant and all persons and entities acting by or through it from proceeding with a Trustee Sale on the Property.

SHAPIRO BUCHMAN
PROVINE BROTHERS
SMITH LLP
ATTORNEYS AT LAW
WALNUT CREEK

244954.1
20427-017

STIPULATION TO CONTINUE
HEARING ON OSC; ORDER
1:11-CV-01053-AWI-GSA

1  **WHEREAS,** on July 8, the Court entered an Order approving a stipulation between Plaintiff and Defendant to continue the OSC hearing to allow defendant Freddie Mac to appear in the case and to allow Defendant to retain new counsel.

**WHEREAS,** Defendant has retained new counsel, but Freddie Mac has not timely responded to the Complaint.

**WHEREAS,** the parties agree that because Freddie Mac's position in the case (whether as an active defendant or default judgment debtor) is pivotal to how Plaintiffs and Defendant pursue their claims against each other, the OSC hearing should be continued for 30 days to allow Freddie Mac to appear in the case or have its default entered.

**WHEREAS**, the parties further agree that Defendant may have until September 2, 2011 to respond to Plaintiff's complaint.

**NOW THEREFORE,** the parties hereby stipulate and agree and respectfully request that the Court:

1. Continue the hearing on the Court's Order To Cause Why Preliminary Injunctive Relief Should Not Be Granted to October 24, 2011 at 1:30 p.m. in Ctrm 2;

2. Extend the time for Defendant to respond to Plaintiff's complaint to September 2, 2011.

3. Keep in force the TRO restraining Defendant and anyone acting through it, including defendant/trustee Assured Lender Services, from proceeding with a trustee sale of the Property until further Order of the Court.

///
///
///
///
///
///
///

SHAPIRO BUCHMAN PROVINE BROTHERS SMITH LLP
ATTORNEYS AT LAW
WALNUT CREEK

244954.1
20427-017

-2-

STIPULATION TO CONTINUE HEARING ON OSC; ORDER
1:11-CV-01053-AWI-GSA

**SO STIPULATED.**

Dated:  August 22, 2011       **SHAPIRO BUCHMAN PROVINE BROTHERS SMITH LLP**

/s/ Stephen C. Seto
STEPHEN C. SETO Attorneys for Plaintiff PAUL M. HOWARD

Dated:  August 22, 2011       **GARRETT & TULLY**

/s/ Candie Y. Chang
CANDIE Y. CHANG Attorneys for Defendant U.S. Bank, N.A., as Trustee for TruCap Grantor Trust 2010-2

## **ORDER**

Based on the foregoing stipulation, and GOOD CAUSE APPEARING THEREFORE:

1. The hearing on the Court's Order To Cause Why Preliminary Injunctive Relief Should Not Be Granted is continued to October 24, 2011 at 1:30 p.m., in Courtroom 2.

2. The time for Defendant to respond to Plaintiff's complaint is extended to September 2, 2011.

3. The TRO restraining Defendant and anyone acting through it, including defendant/trustee Assured Lender Services, from proceeding with a trustee sale of the Property remains in full force and effect until further Order of the Court.

IT IS SO ORDERED.

Dated:  August 22, 2011

CHIEF UNITED STATES DISTRICT JUDGE

SHAPIRO BUCHMAN PROVINE BROTHERS SMITH LLP
ATTORNEYS AT LAW
WALNUT CREEK

244954.1
20427-017

-3-

STIPULATION TO CONTINUE HEARING ON OSC; ORDER
1:11-CV-01053-AWI-GSA