STEPHEN C. SETO (SBN 175458) (sseto@sbllp.com)
BRUCE A. McINTOSH (SBN 175607) (bmcintosh@sbllp.com)
**SHAPIRO BUCHMAN PROVINE BROTHERS SMITH LLP**
1333 N. California Blvd., Suite 350
Walnut Creek, CA  94596
Telephone:   (925) 944-9700
Facsimile:    (925) 944-9701

Attorneys for Plaintiff
PAUL M. HOWARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PAUL M. HOWARD,<br><br>     Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION aka Freddie Mac, U.S. BANK, N.A., as Trustee for TruCap Grantor Trust 2010-2, and ASSURED LENDER SERVICES, INC.<br><br>     Defendants. | No. 1:11-CV-01053-AWI-GSA<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |

**WHEREAS** on June 24, 2011, the plaintiff initiated this action.

**WHEREAS** also on June 24, 2011, the Court scheduled a mandatory scheduling conference for September 27, 2011 at 9:00 a.m. before the Hon. Gary S. Austin.

**WHEREAS** defendant Freddie Mac has just recently retained counsel and will be filing a response to the Complaint by September 21.

**WHEREAS** the parties and counsel have scheduled a telephone conference for September 23 to prepare a Joint Scheduling Report.

///

246598.1
20427-017

STIPULATION TO CONTINUE
MANDATORY SCHEDULING CONF.; ORDER
1:11-CV-01053-AWI-GSA

SHAPIRO BUCHMAN
PROVINE BROTHERS
SMITH LLP
ATTORNEYS AT LAW
WALNUT CREEK

1  **NOW THEREFORE,** the parties hereby stipulate and agree and respectfully request that the Court continue the Mandatory Scheduling Conference to October 27, 2011 at 10:00 a.m. in Ctrm 10.

**SO STIPULATED.**

Dated:  September 14, 2011          **SHAPIRO BUCHMAN PROVINE BROTHERS SMITH LLP**

/s/ Stephen C. Seto
STEPHEN C. SETO Attorneys for Plaintiff PAUL M. HOWARD

Dated:  September 14, 2011          **GARRETT & TULLY**

/s/ Candie Y. Chang
CANDIE Y. CHANG Attorneys for Defendant U.S. Bank, N.A., as Trustee for TruCap Grantor Trust 2010-2

Dated:  September 14, 2011          **PITE DUNCAN, LLP**

/s/ Cuong Nguyen
CUONG NGUYEN Attorneys for Defendant FEDERAL HOME LOAN MORTGAGE CORPORATION aka Freddie Mac

## **ORDER**

Based on the foregoing stipulation, and GOOD CAUSE APPEARING THEREFORE:

1. The Mandatory Scheduling Conference is continued to October 27, 2011 at 10:00 a.m., in Courtroom 10.  The parties shall submit their Joint Scheduling Report one week prior to the conference.

IT IS SO ORDERED.

SHAPIRO BUCHMAN
PROVINE BROTHERS
SMITH LLP
ATTORNEYS AT LAW
WALNUT CREEK

246598.1
20427-017

-2-

STIPULATION TO CONTINUE
MANDATORY SCHEDULING CONF.; ORDER
1:11-CV-01053-AWI-GSA

1
2   Dated:   **September 16, 2011**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SHAPIRO BUCHMAN
PROVINE BROTHERS
SMITH LLP
ATTORNEYS AT LAW
WALNUT CREEK

246598.1
20427-017

-3-

STIPULATION TO CONTINUE
MANDATORY SCHEDULING CONF.; ORDER
1:11-CV-01053-AWI-GSA