STEPHEN C. SETO (SBN 175458) (sseto@sbllp.com)
BRUCE A. McINTOSH (SBN 175607) (bmcintosh@sbllp.com)
**SHAPIRO BUCHMAN PROVINE BROTHERS SMITH LLP**
1333 N. California Blvd., Suite 350
Walnut Creek, CA  94596
Telephone:     (925) 944-9700
Facsimile:      (925) 944-9701

Attorneys for Plaintiff
PAUL M. HOWARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PAUL M. HOWARD,<br><br>          Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION aka Freddie Mac, U.S. BANK, N.A., as Trustee for TruCap Grantor Trust 2010-2, and ASSURED LENDER SERVICES, INC.<br><br>          Defendants. | No. 1:11-CV-01053-AWI-GSA<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |

**WHEREAS** on June 24, 2011, the plaintiff initiated this action.

**WHEREAS** also on June 24, 2011, the Court scheduled a mandatory scheduling conference for September 27, 2011 at 9:00 a.m. before the Hon. Gary S. Austin.

**WHEREAS** defendant Freddie Mac has just recently retained counsel and will be filing a response to the Complaint by September 21.

**WHEREAS** the parties and counsel have scheduled a telephone conference for September 23 to prepare a Joint Scheduling Report.

///

**NOW THEREFORE,** the parties hereby stipulate and agree and respectfully request that the Court continue the Mandatory Scheduling Conference to October 27, 2011 at 10:00 a.m. in Ctrm 10.

**SO STIPULATED.**

Dated:  September 14, 2011                **SHAPIRO BUCHMAN PROVINE BROTHERS SMITH LLP**

/s/ Stephen C. Seto
STEPHEN C. SETO Attorneys for Plaintiff PAUL M. HOWARD

Dated:  September 14, 2011                **GARRETT & TULLY**

/s/ Candie Y. Chang
CANDIE Y. CHANG Attorneys for Defendant U.S. Bank, N.A., as Trustee for TruCap Grantor Trust 2010-2

Dated:  September 14, 2011                **PITE DUNCAN, LLP**

/s/ Cuong Nguyen
CUONG NGUYEN Attorneys for Defendant FEDERAL HOME LOAN MORTGAGE CORPORATION aka Freddie Mac

## **ORDER**

Based on the foregoing stipulation, and GOOD CAUSE APPEARING THEREFORE:

1. The Mandatory Scheduling Conference is continued to October 27, 2011 at 10:00 a.m., in Courtroom 10.  The parties shall submit their Joint Scheduling Report one week prior to the conference.

IT IS SO ORDERED.

1
2    Dated:   **September 16, 2011**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SHAPIRO BUCHMAN
PROVINE BROTHERS
SMITH LLP
ATTORNEYS AT LAW
WALNUT CREEK

246598.1
20427-017

-3-

STIPULATION TO CONTINUE
MANDATORY SCHEDULING CONF.; ORDER
1:11-CV-01053-AWI-GSA