STEPHEN C. SETO (SBN 175458) (sseto@sbllp.com)
BRUCE A. McINTOSH (SBN 175607) (bmcintosh@sbllp.com)
**BUCHMAN PROVINE BROTHERS SMITH LLP**
1333 N. California Blvd., Suite 350
Walnut Creek, CA  94596
Telephone:	(925) 944-9700
Facsimile:	(925) 944-9701

Attorneys for Plaintiff
PAUL M. HOWARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PAUL M. HOWARD,<br><br>                  Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION aka Freddie Mac, U.S. BANK, N.A., as Trustee for TruCap Grantor Trust 2010-2, and ASSURED LENDER SERVICES, INC.<br><br>                  Defendants. | No. 1:11-CV-01053-AWI-BAM<br><br>**STIPULATION TO CONTINUE HEARING ON OSC WHY PRELIMINARY INJUNCTIVE RELIEF SHOULD NOT BE GRANTED; ORDER**<br><br>Date:   October 24, 2011<br>Time:   1:30 p.m.<br>Ctrm:   Two |

**WHEREAS** on June 24, 2011, the Court issued a temporary restraining order ("TRO") enjoining U.S. BANK, N.A., as Trustee for TruCap Grantor Trust 2010-2, ("U.S. Bank") from foreclosing on the property located at 2108 Palisade Avenue, Unit 4, Modesto, CA (the "Property") until further Order of the Court.

**WHEREAS** also on June 24, 2011, the Court ordered ("OSC") that U.S. Bank appear on July 11 to show cause why a Preliminary Injunction should not be granted, restraining and enjoining U.S. Bank and all persons and entities acting by or through it from proceeding with a Trustee Sale on the Property.

1  **WHEREAS,** on July 8, 2011, the Court entered an Order approving a stipulation between
2  Plaintiff and U.S. Bank to continue the OSC hearing to August 29, 2011 to allow U.S. Bank to
3  retain new counsel.

4  **WHEREAS,** on August 22, 2011, the Court entered an Order approving a stipulation
5  between Plaintiff and U.S. Bank to continue the OSC hearing to October 24, 2011 to allow
6  defendant Freddie Mac to appear in the case.

7  **WHEREAS,** Freddie Mac has appeared in the case but is in the process of retaining new
8  counsel.

9  **WHEREAS,** the parties agree that because Freddie Mac's position in the case is pivotal to
10 how Plaintiffs and U.S. Bank pursue their claims against each other, the OSC hearing should be
11 continued for 90 days to allow Freddie Mac's new counsel to become familiar with the case and
12 to allow the parties to make their initial disclosures.

13 **NOW THEREFORE,** the parties hereby stipulate and agree and respectfully request that
14 the Court:

15 1. Continue the hearing on the Court's Order To Cause Why Preliminary Injunctive
16 Relief Should Not Be Granted to January 30, 2012 at 1:30 p.m. in Ctrm 2;

17 2. Keep in force the TRO restraining U.S. Bank and anyone acting through it,
18 including defendant/trustee Assured Lender Services, from proceeding with a trustee sale of the
19 Property until further Order of the Court.

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

BUCHMAN PROVINE
BROTHERS SMITH LLP
ATTORNEYS AT LAW
WALNUT CREEK

249377.1
20427-017

-2-

STIPULATION TO CONTINUE
HEARING ON OSC; ORDER
1:11-CV-01053-AWI-BAM

**SO STIPULATED.**

Dated:  October 20, 2011  **BUCHMAN PROVINE BROTHERS SMITH LLP**

/s/ Stephen C. Seto
STEPHEN C. SETO Attorneys for Plaintiff PAUL M. HOWARD

Dated:  October 20, 2011  **GARRETT & TULLY**

/s/ Candie Y. Chang
CANDIE Y. CHANG Attorneys for Defendant U.S. Bank, N.A., as Trustee for TruCap Grantor Trust 2010-2

## ORDER

Based on the foregoing stipulation, and GOOD CAUSE APPEARING THEREFORE:

1. The hearing on the Court's Order To Cause Why Preliminary Injunctive Relief Should Not Be Granted is continued to January 30, 2012 at 1:30 p.m., in Courtroom 2.

2. The TRO restraining U.S. Bank and anyone acting through it, including defendant/trustee Assured Lender Services, from proceeding with a trustee sale of the Property remains in full force and effect until further Order of the Court.

IT IS SO ORDERED.

Dated:   October 20, 2011

CHIEF UNITED STATES DISTRICT JUDGE