IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL M. HOWARD,,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, U.S. BANK, N.A., and ASSURED LENDER SERVICES, Inc.,<br><br>　　　　　Defendants. | 1: 11-cv-1053 AWI BAM<br><br>ORDER VACATING JANUARY 30, 2012 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

　　　The court has issued a temporary restraining order ("TRO") enjoining Defendants from foreclosing on the property located at 2108 Palisade Avenue, Unit 4, Modesto, CA (the "Property") until further order.　Defendants were directed to show cause why a preliminary injunction should not be granted.　The hearing date concerning a preliminary injunction has been moved by stipulation of the parties and is currently set for January 30, 2012.　While Defendants U.S. Bank, N.A. as Trustee for TruCap Granor Trust 2010-2 has responded to the order to show cause, Defendant Federal Home Loan Mortgage Corporation ("Defendant Freddie Mac") has not offered any response to the order to show cause.

　　　The court has reviewed the papers and has determined that the issue of whether the court should issue a preliminary injunction is suitable for decision without oral argument. See Local Rule 230(g).　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of

January 30, 2012 is VACATED, and the parties shall not appear at that time.  As of January 30, 2012, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:     January 26, 2012

CHIEF UNITED STATES DISTRICT JUDGE

daw

2