1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT
8          EASTERN DISTRICT OF CALIFORNIA
9              FRESNO DIVISION
10
11   **PAUL M. HOWARD,**                                    **No.  1:11-cv-01053-AWI-BAM**

                    **PLAINTIFF,**               **ORDER CONTINUING**
12                                                **SETTLEMENT CONFERENCE**
        **VS.**
13
     **FEDERAL HOME LOAN MORTGAGE**
14   **CORPORATION AKA FREDDIE MAC;**
     **U.S. BANK, N.A., AS TRUSTEE FOR**
15   **TRUCAP GRANTOR TRUST 2010-2,**
     **AND**
16   **ASSURED LENDER SERVICES, INC.,**

17                  **DEFENDANTS.**
     _____ /
18

19        Based on the Stipulation of the parties, IT IS HEREBY ORDERED that the Settlement

20   Conference previously scheduled on April 4, 2012 at 8:30 a.m. of the above-entitled Court,

21   located at 2500 Tulare Street, Fresno, California, be continued until **May 9, 2012**, at 10:30 a.m.

22   in Courtroom 8.

23        No later than seven days prior to the settlement conference, each party shall submit

24   directly to Magistrate Judge McAuliffe's chambers at hherman@caed.uscourts.gov, a

25   confidential settlement conference statement.  This statement should neither be filed with the

26   clerk of the Court nor served on any other party.  Each statement shall be clearly marked

27   "CONFIDENTIAL" with the date and time of the mandatory settlement conference indicated

28   prominently.  Counsel are urged to request the return of their statements.  If such request is not

1   made, the Court will dispose of the statement.

2       The confidential settlement conference statement shall include the following:

3   A.      A brief statement of the facts of the case;

4   B.      A brief statement of the claims and defenses (i.e. statutory or other grounds upon
            which the claims or defenses are based), a forthright evaluation of the parties'
5           likelihood of prevailing on the claims and defenses, and a description of the major
            issues in dispute;
6
7   C.      A summary of the proceedings to date;

8   D.      An estimate of the cost and time to be expended for further pretrial and trial
            matters, including discovery;

9   E.      The relief sought; and

10  F.      The party's position on settlement, including the amount which the party will

11          accept to settle, realistic settlement expectations, present demands and offers, and

12          a history of past settlement discussions, offers, and demands.

13

14      IT IS SO ORDERED.

15  Dated:    **March 26, 2012**              _/s/ **Barbara A. McAuliffe**_
                                              UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28