UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PAUL M. HOWARD, | No. 1:11-cv-01053-AWI-BAM |
| PLAINTIFF, | ORDER CONTINUING SETTLEMENT CONFERENCE |
| VS. | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION AKA FREDDIE MAC; U.S. BANK, N.A., AS TRUSTEE FOR TRUCAP GRANTOR TRUST 2010-2, AND ASSURED LENDER SERVICES, INC., | |
| DEFENDANTS. / | |

Based on the Stipulation of the parties, IT IS HEREBY ORDERED that the Settlement Conference previously scheduled on April 4, 2012 at 8:30 a.m. of the above-entitled Court, located at 2500 Tulare Street, Fresno, California, be continued until **May 9, 2012**, at 10:30 a.m. in Courtroom 8.

No later than seven days prior to the settlement conference, each party shall submit directly to Magistrate Judge McAuliffe's chambers at hherman@caed.uscourts.gov, a confidential settlement conference statement. This statement should neither be filed with the clerk of the Court nor served on any other party. Each statement shall be clearly marked "CONFIDENTIAL" with the date and time of the mandatory settlement conference indicated prominently. Counsel are urged to request the return of their statements. If such request is not

Stipulation and Order
Case No. 1:11-cv-01053-AWI-BAM

-1-

1   made, the Court will dispose of the statement.

2      The confidential settlement conference statement shall include the following:

3      A.   A brief statement of the facts of the case;

4      B.   A brief statement of the claims and defenses (i.e. statutory or other grounds upon which the claims or defenses are based), a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses, and a description of the major issues in dispute;

5      C.   A summary of the proceedings to date;

6      D.   An estimate of the cost and time to be expended for further pretrial and trial matters, including discovery;

7      E.   The relief sought; and

8      F.   The party's position on settlement, including the amount which the party will accept to settle, realistic settlement expectations, present demands and offers, and a history of past settlement discussions, offers, and demands.

IT IS SO ORDERED.

Dated:   **March 26, 2012**              /s/ **Barbara A. McAuliffe**
                                    UNITED STATES MAGISTRATE JUDGE