1  Stephen C. Seto, SBN 175607
   BERGQUIST WOOD McINTOSH SETO LLP
2  1470 Maria Lane, Suite 300
   Walnut Creek, CA 94596
3  Telephone:   (925) 938-6100
   Facsimile:   (925) 938-4354
4
   Attorneys for Plaintiff Paul Howard
5

6

**FILED**

MAR 12 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PAUL M. HOWARD | Case No. 1:11-cv-1053 |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL** |
| FEDERAL HOME LOAN MORTGAGE CORPORATION aka Freddie Mac, U.S. BANK, N.A., as Trustee for TruCap Grantor Trust 2010-2, and ASSURED LENDER SERVICES, INC. | |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff PAUL M. HOWARD files this stipulation of dismissal, dismissing the action with prejudice against Defendant U.S. BANK, N.A., as Trustee for TruCap Grantor Trust 2010-2 only, and the parties shall bear their own fees and costs.

///

////

////

///

///

///

-1-
STIPULATION FOR DISMISSAL

{00000532.1}

1   Dated: March ___, 2013        **BERGQUIST WOOD McINTOSH SETO** LLP

2

3

4                                 Stephen C. Seto
                                  Attorneys for Plaintiff
5                                 PAUL M. HOWARD

6

7

8   Dated: March _8_, 2013        **GARRETT & TULLY, P.C.**

9

10

11                                Candie Y. Chang
                                  Attorneys for Defendant
12                                U.S. BANK, N.A., as Trustee for
                                  TruCap Grantor Trust 2010-2
13

14                                It is so Ordered.  Dated: 3-11-13

15

16

17                                    United States District Judge

18

19

20

21

22

23

24

25

26

27

28

-2-
STIPULATION FOR DISMISSAL

{00009532.1}