Stephen C. Seto, SBN 175607
BERGQUIST WOOD McINTOSH SETO LLP
1470 Maria Lane, Suite 300
Walnut Creek, CA 94596
Telephone: (925) 938-6100
Facsimile: (925) 938-4354

Attorneys for Plaintiff Paul Howard

FILED

MAR 12 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PAUL M. HOWARD<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION aka Freddie Mac, U.S. BANK, N.A., as Trustee for TruCap Grantor Trust 2010-2, and ASSURED LENDER SERVICES, INC.<br><br>Defendants. | Case No. 1:11-cv-1053<br><br>**STIPULATION FOR DISMISSAL** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff PAUL M. HOWARD files this stipulation of dismissal, dismissing the action with prejudice against Defendant U.S. BANK, N.A., as Trustee for TruCap Grantor Trust 2010-2 only, and the parties shall bear their own fees and costs.

///
////
////
///
///
///

-1-
STIPULATION FOR DISMISSAL

{00009532.1}

Dated: March 8, 2013

**BERGQUIST WOOD McINTOSH SETO LLP**

_____
Stephen C. Seto
Attorneys for Plaintiff
PAUL M. HOWARD

Dated: March 8, 2013

**GARRETT & TULLY, P.C.**

_____
Candie Y. Chang
Attorneys for Defendant
U.S. BANK, N.A., as Trustee for
TruCap Grantor Trust 2010-2

It is so Ordered. Dated: 3-11-13

_____
United States District Judge

-2-
STIPULATION FOR DISMISSAL

{00009532.1}