**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL M. HOWARD, | 1:11-cv-01053-AWI-BAM |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT** |
| v. | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION aka Freddie Mac, et al., | |
| Defendants. | (Doc. 86) |
| _____/ | |

The Court refers the parties to previous orders for a complete chronology of the proceedings. On February 7, 2013, plaintiff Paul Howard ("Plaintiff") filed his first amended complaint naming as a defendant, among others, Geraldo Ramirez. The Clerk of Court issued a summons to Ramirez on February 14, 2013 requiring Ramirez to serve an answer to the first amended complaint on counsel for Plaintiff within 21 days of service of the summons. Plaintiff filed a proof of summons on March 4, 2013, indicating Ramirez had been personally served with copies of the summons and first amended complaint on February 25, 2013. Ramirez did not file an answer or other responding pleading within the time allotted, nor did he appear in this action.

1

Consequently, the Clerk of Court entered Ramirez's default on March 26, 2013. On June 4, 2013, Plaintiff filed a motion (doc. 82) for entry of default judgment against Ramirez. On August 12, 2013, the Magistrate Judge issued findings and recommendations recommending Plaintiff's motion for entry of default judgment be granted. Objections to the findings and recommendations were due within fifteen days of service of the order.

As to a magistrate judge's findings and recommendations, the Court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made" and "may accept, reject, or modify, in whole or in part, the findings or recommendations[.]" 28 U.S.C. § 636(b)(1). The Court "may also receive further evidence or recommit the matter to the magistrate judge with instructions." Id. The Court has conducted a de novo review of the case in accordance with the provisions of 28 U.S.C. § 636(b)(1) and Eastern District Local Rule 305. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds the Magistrate Judge's recommendation Plaintiff's motion for entry of default judgment be granted to be supported by the record and proper analysis.

Accordingly, the Court hereby ADOPTS the findings and recommendations issued August 12, 2013 (doc. 86) in full and GRANTS Plaintiff's motion (doc. 82) for entry of default judgment against Ramirez. The Court further declares as follows in favor of Plaintiff:

1. Since June 22, 2009, Plaintiff Paul Howard is the sole owner in fee simple absolute, and in actual and peaceable possession, of the real property commonly described as 2108 Palisade Avenue, #1-4, Modesto, California 95350 ("Subject Property");

2. Defendant Gerardo Ramirez has no estate, right, title, interest, or claim in or to the Subject Property, or any part of the Subject Property, either legal or equitable, present or future, vested or contingent; and

3. Plaintiff Paul Howard's title to the Subject Property is established and quieted against the world.

IT IS SO ORDERED.

Dated: __August 30, 2013__ _____
SENIOR DISTRICT JUDGE

3