1  Stephen C. Seto, SBN 175458
   BERGQUIST WOOD McINTOSH SETO LLP
2  1470 Maria Lane, Suite 300
   Walnut Creek, CA 94596
3  Telephone:  (925) 938-6100
   Facsimile:   (925) 938-4354
4
5  Attorneys for Plaintiff
   PAUL HOWARD

FILED

APR 02 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PAUL M. HOWARD | Case No. 1:11-cv-1053 |
| Plaintiff, | |
| vs. | **JUDGMENT BY DEFAULT AGAINST DEFENDANT GERARDO RAMIREZ** |
| FEDERAL HOME LOAN MORTGAGE CORPORATION aka Freddie Mac, U.S. BANK, N.A., as Trustee for TruCap Grantor Trust 2010-2, and ASSURED LENDER SERVICES, INC. | |
| Defendants. | |

On March 26, 2013, default was entered against defendant Gerardo Ramirez. On June 4, 2013, Plaintiff Paul Howard filed a Motion for Default Judgment against Ramirez. On September 3, 2013, the Court entered an Order Adopting Findings and Recommendations and Granting Motion for Entry of Default Judgment. Based on the foregoing, JUDGMENT is entered against Ramirez and in favor of Howard as follows:

1. Since June 22, 2009, Plaintiff Paul Howard is the sole owner in fee simple absolute, and in actual and peaceable possession, of the real property commonly described as 2108 Palisade Avenue, #1-4, Modesto, California 95350 ("Subject Property");

2. Defendant Gerardo Ramirez has no estate, right, title, interest, or claim in or to the Subject Property, or any part of the Subject Property, either legal or equitable, present or future, vested or contingent; and

3. Plaintiff Paul Howard's title to the Subject Property is established and quieted against the world.

IT IS SO ORDERED.

Dated: 4-2-14

ANTHONY W. ISHII
SENIOR DISTRICT JUDGE

-2-

JUDGMENT BY DEFAULT AGAINST DEFENDANT GERARDO RAMIREZ