1  Stephen C. Seto, SBN 175458
   **BERGQUIST WOOD McINTOSH SETO** LLP
2  1470 Maria Lane, Suite 300
   Walnut Creek, CA 94596
3  Telephone:   (925) 938-6100
   Facsimile:   (925) 938-4354
4
   Attorneys for Plaintiff
5  PAUL HOWARD

**FILED**

APR 18 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

7           UNITED STATES DISTRICT COURT

8           EASTERN DISTRICT OF CALIFORNIA

9                  FRESNO DIVISION

| | |
|---|---|
| PAUL M. HOWARD | Case No. 1:11-cv-1053 |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL** |
| FEDERAL HOME LOAN MORTGAGE CORPORATION aka Freddie Mac, U.S. BANK, N.A., as Trustee for TruCap Grantor Trust 2010-2, and ASSURED LENDER SERVICES, INC. | Crtrm: 8<br>Judge: Hon. Barbara A. McAuliffe |
| Defendants. | |

18       Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff PAUL M.

19  HOWARD files this stipulation of dismissal, dismissing the action with prejudice against

20  Defendant ASSURED LENDER SERVICES, INC., each party to bear its own fees and costs.

21  Dated: April 16, 2014          **BERGQUIST WOOD McINTOSH SETO** LLP

23                                  /s/ Stephen C. Seto

24                                  STEPHEN C. SETO
                                    Attorneys for Plaintiff
25                                  PAUL M. HOWARD

-1-

1   Dated: April 16, 2014                          **ATTLESEY STORM, LLP**

2

3                                          /s/  Suzanne S. Storm
                                           ────────────────────────────────
4                                          SUZANNE S. STORM
                                           Attorneys for Defendant
5                                          ASSURED LENDER SERVICES, INC.

6

7                                          It is so Ordered.  Dated: 4-17-14

8                                          ────────────────────────────────
9                                          United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

STIPULATION FOR DISMISSAL