UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL M. HOWARD,**<br><br>          **Plaintiff**<br><br>     **v.**<br><br>**FEDERAL HOME LOAN MORTGAGE CORPORATION aka Freddie Mac, U.S. Bank, N.A., as Trustee for TruCap Grantor Trust 2010-2, and ASSURED LENDER SERVICES, INC.,**<br><br>          **Defendants.** | **CASE NO. 1:11-CV-1053 AWI BAM**<br><br>**ORDER CLOSING ACTION IN LIGHT OF THE PARTIES' VOLUNTARY DISMISSAL** |

On April 9, 2014, Plaintiff and Defendant Federal Home Loan Mortgage Corporation, aka Freddie Mac, filed a stipulation of voluntary dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Rule 41(a)(1)(A), in relevant part, reads:

> [T]he plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; (ii) a stipulation signed by all parties who have appeared.

Rule 41(a)(1)(A)(ii) allows the parties to dismiss an action voluntarily by filing a written stipulation to dismiss signed by all of the parties who have appeared. Carter v. Beverly Hills Sav. & Loan Asso., 884 F.2d 1186, 1191 (9th Cir. 1989). Once the stipulation between the parties who have appeared is properly filed or made in open court, the action is automatically terminated. Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999); Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995); cf. Wilson v. City of San Jose, 111 F.3d 688, 692

(9th Cir. 1997) (addressing Rule 41(a)(1)(A)(i) dismissals).

Because the parties have filed a stipulation for dismissal of this case with prejudice under Rule 41(a)(1)(A)(ii) that is signed by all parties who have made an appearance, this action is terminated as to Defendant Federal Home Loan Mortgage Corporation.  <u>See</u> Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

Therefore, the Clerk of the Court is DIRECTED to term Defendant Federal Home Loan Mortgage Corporation as an active Defendant in this action.   In light of Defendant Federal Home Loan Mortgage Corporation's dismissal, the claims against all Defendants have been either dismissed or otherwise resolved.   Thus, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   June 3, 2014                                   _____
                                                        SENIOR  DISTRICT  JUDGE

2